**Dismiss and Opinion Filed March 22, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-01127-CV

**GARY WILKINSON, Appellant**
**V.**
**3 KINGS ROOFING, LLC AND DUSTIN CATES, Appellees**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-00833**

## MEMORANDUM OPINION

Before Justices Schenck, Smith, and Garcia
Opinion by Justice Schenck

The clerk's record in this case is past due. By letter dated February 10, 2021, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide, within ten days, (1) verification of payment or arrangements to pay for the clerk's record, or (2) written documentation that appellant had been found entitled to proceed without payment of costs.[1] We cautioned appellant that failure to do so would result in the

---

[1] Appellant has paid the filing fee, and has filed a docketing statement. He did not indicate that he has filed a statement of inability to pay for the costs of this appeal in his docketing statement, and our records do not contain a statement of inability to pay.

dismissal of this appeal without further notice. To date, appellant has not provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

201127F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

GARY WILKINSON, Appellant

No. 05-20-01127-CV      V.

3 KINGS ROOFING, LLC AND
DUSTIN CATES, Appellees

On Appeal from the 101st Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-19-00833.
Opinion delivered by Justice
Schenck. Justices Smith and Garcia
participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

It is **ORDERED** that appellees 3 KINGS ROOFING, LLC AND DUSTIN
CATES recover their costs of this appeal from appellant GARY WILKINSON.

Judgment entered this 22nd day of March, 2021.